**Exhibit A to the Complaint**

**Location:** Royal Oak, MI  
**Total Works Infringed:** 35  
**IP Address:** 68.55.112.116  
**ISP:** Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 291FBDCCB166E2B3BABD1BBBEDC629EC375EEB32 | Blacked | 11/19/2018 21:27:08 | 11/16/2018 | 11/25/2018 | PA0002136637 |
| 2 | 025477E817FDAD26E20E85603DCEC00D1BD5DA68 | Blacked | 09/07/2018 11:30:11 | 09/02/2018 | 11/01/2018 | PA0002143413 |
| 3 | 054AAFD071435FD4C25D9B1B5DA411B15C4D9997 | Tushy | 07/30/2018 20:34:02 | 07/30/2018 | 09/01/2018 | PA0002119590 |
| 4 | 0616906E5B0D445A8FB469D45908C91D24F6CD2F | Blacked | 10/08/2018 01:15:04 | 09/27/2018 | 11/01/2018 | PA0002143428 |
| 5 | 07A71D8AB8A0645049C16B98A28538E06A009D7B | Vixen | 10/08/2018 00:13:39 | 09/21/2018 | 11/01/2018 | PA0002143417 |
| 6 | 143ED56E751B662F727B52D79C441FBCC16BB177 | Blacked | 12/21/2018 21:50:30 | 12/20/2018 | 02/01/2019 | 17380124108 |
| 7 | 223D4DB0ECFA99B84C7510AF336D48C5494E3DF7 | Blacked | 10/08/2018 21:51:22 | 08/08/2018 | 09/01/2018 | PA0002119598 |
| 8 | 25075BEE3E430D7FF4B45A78867471F6EA59D266 | Tushy | 12/29/2018 09:24:51 | 12/27/2018 | 01/22/2019 | PA0002147899 |
| 9 | 259A2C3790345E1C8DE8609B1D36987D0AA87E7C | Blacked | 10/14/2018 04:06:14 | 10/12/2018 | 10/28/2018 | PA0002130455 |
| 10 | 3350AD6ED2ECD3F20CA9BFAB853A3CED164589B0 | Blacked Raw | 08/15/2018 02:22:30 | 08/05/2018 | 09/01/2018 | PA0002119682 |
| 11 | 35F1FF1A35600AEA1A436340DA1944BD3C3A0D3A | Blacked Raw | 07/30/2018 21:06:41 | 07/26/2018 | 09/01/2018 | PA0002119594 |
| 12 | 3981818C672261E5A1A0D5B561F7A7FEF98A7805 | Blacked | 10/19/2018 03:00:15 | 09/22/2018 | 11/01/2018 | PA0002143419 |
| 13 | 3C6D5785FDC3A9947EA11D9923048076FDE43B96 | Blacked Raw | 12/29/2018 09:24:45 | 12/28/2018 | 02/01/2019 | 17380123491 |
| 14 | 3EC8B182DD17991627527C1734BE70E73767F71D | Vixen | 11/01/2018 19:53:44 | 10/31/2018 | 12/10/2018 | PA0002145830 |
| 15 | 45D4AF0C0675541261833DD3255ABBED35C8CBD4 | Blacked Raw | 12/21/2018 21:47:09 | 12/20/2018 | 01/22/2019 | PA0002147906 |
| 16 | 4D29EE018A8F7EFEB2F05420E4FF71A8A314762A | Blacked | 08/15/2018 02:22:10 | 08/13/2018 | 09/05/2018 | PA0002134995 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 60FEB3E4F343965C4C847A6F071D77F52C61BB52 | Tushy | 12/12/2018 03:23:43 | 09/23/2018 | 11/01/2018 | PA0002143415 |
| 18 | 8031B4A7A5CFCECBC796D4772440BFC5016C11AA | Blacked | 06/26/2018 14:08:03 | 06/24/2018 | 07/26/2018 | PA0002112154 |
| 19 | 87F8CF6CF74A8301642CDC1C72FBC192A790A9B2 | Blacked Raw | 01/14/2019 07:44:01 | 01/12/2019 | 02/01/2019 | 17380123441 |
| 20 | 8F914AD5D985A4614B945A9CBAEA70996038A99E | Vixen | 07/30/2018 21:05:23 | 07/03/2018 | 07/26/2018 | PA0002112153 |
| 21 | 958114234F010ED12787587C6B9FA13E19388CF1 | Vixen | 10/28/2018 03:42:41 | 10/26/2018 | 12/10/2018 | PA0002145824 |
| 22 | 99C0003686046E848CDB8C0D2B09F797C1702974 | Vixen | 09/13/2018 13:06:02 | 09/11/2018 | 10/16/2018 | PA0002127780 |
| 23 | A697DE308520A74A35929A48D834E6A10747F054 | Blacked | 10/08/2018 01:27:25 | 10/07/2018 | 10/16/2018 | PA0002127790 |
| 24 | AA9D6ED52E9FECEA19124A8F7FE433617F801994 | Blacked | 01/11/2019 15:47:47 | 01/10/2019 | 02/01/2019 | 17380123541 |
| 25 | B80966EB25CE62DA272DA719ED0EFEF0C671D237 | Vixen | 09/07/2018 11:30:43 | 09/06/2018 | 11/01/2018 | PA0002143433 |
| 26 | C2295AE8704ED037E9E49C2B4B5FBA45316C02A8 | Blacked Raw | 10/08/2018 00:13:41 | 09/29/2018 | 11/01/2018 | PA0002143425 |
| 27 | D9261D3722C161272619A45A80E6F849B0BC63B5 | Blacked Raw | 11/19/2018 21:24:43 | 11/18/2018 | 12/10/2018 | PA0002146476 |
| 28 | E0805C7C54BD9B9777F151B670B78A4D50290951 | Blacked | 09/13/2018 13:33:55 | 05/10/2018 | 05/24/2018 | PA0002101376 |
| 29 | E12C003246B83B76DC861765D6E9B1BC09E79EA4 | Blacked Raw | 10/21/2018 05:24:23 | 10/19/2018 | 11/25/2018 | PA0002136715 |
| 30 | EE4D29BA667E69950AA31279F7FA846BF696BF9D | Blacked | 08/15/2018 02:23:58 | 08/03/2018 | 09/01/2018 | PA0002119596 |
| 31 | EFDB886D8D69B8D7CC31153066C52424FA716283 | Vixen | 06/26/2018 14:21:50 | 06/23/2018 | 07/26/2018 | PA0002112155 |
| 32 | F445823EE2BB5E4BF4886EB8490DF47ACC438C4E | Tushy | 01/14/2019 19:05:58 | 05/31/2018 | 07/14/2018 | PA0002131771 |
| 33 | F7584EAD8BB810CD75BB8B1AC568E48EE5CC21A0 | Blacked Raw | 12/21/2018 21:52:08 | 12/18/2018 | 02/01/2019 | 17380123670 |
| 34 | FD928994BB900C0D711D62EB937A56C97C5AE985 | Vixen | 10/19/2018 02:57:51 | 10/16/2018 | 10/28/2018 | PA0002130458 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | FE14ADE82FF2485EC91596EA5FFA5176B048BE2B | Blacked Raw | 07/26/2018 04:49:47 | 07/21/2018 | 09/01/2018 | PA0002119592 |